IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**Trackimo, Inc.,**<br><br>　　Defendant. | Case No. 1:19-cv-4980<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF INVENTERGY'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventergy LBS, LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: July 7, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　*/s/ Isaac Rabicoff*
　　　　　　　　　　　　　　Isaac Rabicoff
　　　　　　　　　　　　　　**Rabicoff Law LLC**
　　　　　　　　　　　　　　73 W Monroe St
　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　(773) 669-4590
　　　　　　　　　　　　　　isaac@rabilaw.com

　　　　　　　　　　　　　　**Counsel for Plaintiff**
　　　　　　　　　　　　　　**Inventergy LBS, LLC**

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 7, 2019, via the Court's CM/ECF system.

                    /s/ Isaac Rabicoff
                    Isaac Rabicoff

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE